UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROBERT GLICK, Individually and On Behalf of All Others Similarly Situated,<br><br>                      Plaintiff,<br><br>vs.<br><br>ARQIT QUANTUM INC. F/K/A CENTRICUS ACQUISITION CORP., DAVID WILLIAMS, NICK POINTON, CARLO CALABRIA, STEPHEN CHANDLER, MANFREDI LEFEBVRE D'OVIDIO, VERALINN JAMIESON, GARTH RITCHIE, AND STEPHEN WILSON,<br><br>                      Defendants. | Civil Action No. 1:22-cv-02604-PKC-MMH<br><br>CLASS ACTION |

**NOTICE OF MOTION OF MOVANT MICHAEL POWELL FOR APPOINTMENT
AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF COUNSEL**

TO: ALL PARTIES AND THEIR COUNSEL OF RECORD

PLEASE TAKE NOTICE that movant Michael Powell will and hereby does move this Court, on a date and at such time as may be designated by the Court, at 225 Cadman Plaza East, Brooklyn, New York 11201, for an order: (1) appointing the Michael Powell as lead plaintiff pursuant to the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4 and (2) approving Michael Powell's selection of Johnson Fistel, LLP as lead counsel for the proposed class. In support of this motion, Michael Powell submits the accompanying Memorandum of Law, the Declaration of Ralph M. Stone, and a [Proposed] Order.

| | |
|---|---|
| DATED: July 5, 2022 | **JOHNSON FISTEL, LLP** |
| | */s/ Ralph M. Stone* |
| | Ralph M. Stone (RS-4488) |
| | 1700 Broadway, 41st Floor |
| | New York, NY 10019 |
| | Telephone: (212) 292-5690 |
| | Facsimile: (212) 292-5680 |
| | RalphS@johnsonfistel.com |
| | |
| | **JOHNSON FISTEL, LLP** |
| | Michael I. Fistel, Jr. |
| | 40 Powder Springs Street |
| | Marietta, GA 30064 |
| | Telephone: (470) 632-6000 |
| | Facsimile: (770) 200-3101 |
| | MichaelF@johnsonfistel.com |
| | |
| | ***Counsel for Movant Michael Powell*** |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 5, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a Notice of Electronic Filing to all CM/ECF participants. I further certify that I mailed the foregoing document and the notice of electronic filing via U.S. first-class mail to any non-CM/ECF participants.

*/s/Ralph M. Stone*
RALPH M. STONE