**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ROBERT GLICK, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>ARQIT QUANTUM INC. F/K/A CENTRICUS ACQUISITION CORP., DAVID WILLIAMS, NICK POINTON, CARLO CALABRIA, STEPHEN CHANDLER, MANFREDI LEFEBVRE D'OVIDIO, VERALINN JAMIESON, GARTH RITCHIE, AND STEPHEN WILSON,<br><br>Defendants. | Civil Action No. 1:22-cv-02604-PKC-MMH<br><br><u>CLASS ACTION</u> |

**DECLARATION OF RALPH M. STONE IN SUPPORT OF MOVANT MICHAEL POWELL'S MOTION FOR APPOINTMENT AS LEAD <u>PLAINTIFF AND APPROVAL OF SELECTION OF COUNSEL</u>**

I, Ralph M. Stone, declare as follows:

1.      I am a member in good standing of the bar of New York and am admitted to practice before this Court. I am Of Counsel for the law firm of Johnson Fistel, LLP, counsel for proposed lead plaintiff, Michael Powell.  I submit this declaration in support of Michael Powell's Motion for Appointment as Lead Plaintiff and Approval of Selection of Counsel.  I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2.      Attached are true and correct copies of the following exhibits:

Exhibit A:    Notice of pendency of class action published on Business Wire on May 6, 2022;

Exhibit B:    Michael Powell's PSLRA Certification;

Exhibit C:    Michael Powell's Financial Interest Calculation, prepared by counsel;

Exhibit D:    Declaration of Michael Powell; and

Exhibit E:    Johnson Fistel, LLP firm résumé.

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 5th day of July, 2022.

/s/Ralph M. Stone
RALPH M. STONE

2