# EXHIBIT C

ARQIT QUANTUM INC. (ARQQ)
Michael Powell - PSLRA Financial Interest Analysis
Class Period: September 7, 2021 - April 18, 2022

**Purchases:** | | | | **Shares Held:** | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Date | Shares | Price | Total | Date | Shares | Price | | Total | |
| 9/17/2021 | 400 | $ 17.15 | $ 6,860.00 | Held | 750 | $ 6.96 | * | $ 5,220.00 | |
| 9/22/2021 | 20 | $ 34.71 | $ 694.20 | | | | | $ - | |
| 9/23/2021 | 80 | $ 37.75 | $ 3,020.00 | | | | | $ - | |
| 12/20/2021 | 250 | $ 18.70 | $ 4,675.00 | | | | | $ - | |
| | | | | | | | | $ - | |
| Total | 750 | | $ 15,249.20 | | 750 | | | $ 5,220.00 | $ (10,029.20) |

* Average closing price for 90-day period beginning April 19, 2022 is $6.96 per share for shares held (as of July 1, 2022).