# EXHIBIT D

## DECLARATION OF MICHAEL POWELL

I, Michael Powell, declare as follows:

1.       I submit this declaration in support of my motion for appointment as lead plaintiff and approval of my choice of counsel.  I have personal knowledge about the information in this declaration.

2.       I live in London, England where I am currently the Chief Financial Officer of an executive search firm.  I am a college graduate with a master's degree from Oxford Brookes University.  I actively invest in stocks on my own behalf and consider myself a knowledgeable investor.

3.        Prior to seeking appointment as lead plaintiff, my counsel informed me of the lead plaintiff requirements and the fiduciary duties imposed by the federal securities laws.  I am fully committed to putting forth the time and effort necessary to effectively undertake my duties as lead plaintiff.

4.       I believe that I am capable and qualified to serve as lead plaintiff.  I understand that a lead plaintiff serves as a fiduciary to the class of investors represented in the litigation. Given my sizable losses, I am highly motivated to maximize the potential recovery for myself and other similarly situated members of the putative class.

5.       I am committed to directing the prosecution of this case and supervising my counsel by, among other things, regularly communicating with my counsel, reviewing important pleadings and discovery, and attending any necessary hearings, depositions and trial.  As part of my duties as lead plaintiff, I will be involved in and weigh in on important litigation decisions such as any proposed settlement of this action.

6.       Although I understand that the Court will approve any future award of attorneys'

DocuSign Envelope ID: 7A2A4082-E032-4718-8FD2-4B76EA46741E

fees and expenses (as well as any proposed settlement), I will review and consider any fee and expense application to help ensure its reasonableness prior to its submission to the Court.

7.      Prior to moving to be appointed lead plaintiff, I reviewed the qualifications of my choice of lead counsel, Johnson Fistel, LLP, and I selected it to serve as lead counsel based upon its substantial experience in prosecuting securities class actions and other shareholder litigation.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on  7/4/2022        .



DocuSigned by:

*Michael Powell*

8D662CF82D6E4C9...

Michael Powell

- 2 -