UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROBERT GLICK, Individually and On Behalf of All Others Similarly Situated,<br><br>                      Plaintiff,<br>        v.<br><br>ARQIT QUANTUM INC. F/K/A CENTRICUS ACQUISITION CORP., DAVID WILLIAMS, NICK POINTON, CARLO CALABRIA, STEPHEN CHANDLER, MANFREDI LEFEBVRE D'OVIDIO, VERALINN JAMIESON, GARTH RITCHIE, AND STEPHEN WILSON,<br><br>                      Defendants. | No. 1:22-cv-02604 (PKC) |

**NOTICE OF MOTION OF CHRIS WEEKS FOR APPOINTMENT AS
LEAD PLAINTIFF AND APPROVAL OF SELECTION OF LEAD COUNSEL**

**TO:** ALL PARTIES AND THEIR COUNSEL OF RECORD

PLEASE TAKE NOTICE that at such date and time as determined by this Court, in Courtroom 6E N of the United States Courthouse, 225 Cadman Plaza East, Brooklyn, New York 11201, Lead Plaintiff Movant Chris Weeks ("Weeks"), by and through his counsel, will move this Court pursuant to the Private Securities Litigation Reform Act of 1995, 15 U.S.C. §78u-4, *et seq*. for an Order: (1) appointing Weeks as Lead Plaintiff in this action; (2) approving Weeks' selection of Wolf Popper LLP as Lead Counsel; and (3) granting such other relief as the Court may deem to be just and proper (the "Motion").

In support of his Motion, Weeks submits the accompanying Memorandum of Law, the

Declaration of Robert C. Finkel, and supporting exhibits.

DATED: July 5, 2022
      New York, New York

**WOLF POPPER LLP**

*/s/ Robert C. Finkel*
Robert C. Finkel
Joshua W. Ruthizer
Matthew Insley-Pruitt
845 Third Avenue, 12th Floor
New York, New York 10022
(212) 759-4600
rfinkel@wolfpopper.com
jruthizer@wolfpopper.com
minsleypruitt@wolfpopper.com

*Attorneys for Chris Weeks and
Proposed Lead Counsel for the Class*