UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROBERT GLICK, Individually and On Behalf of All Others Similarly Situated,<br><br>                                  Plaintiff,<br><br>        v.<br><br>ARQIT QUANTUM INC. F/K/A CENTRICUS ACQUISITION CORP., DAVID WILLIAMS, NICK POINTON, CARLO CALABRIA, STEPHEN CHANDLER, MANFREDI LEFEBVRE D'OVIDIO, VERALINN JAMIESON, GARTH RITCHIE, AND STEPHEN WILSON,<br><br>                                  Defendants. | No. 1:22-cv-02604 (PKC) |

**DECLARATION OF ROBERT C. FINKEL IN SUPPORT OF MOTION OF CHRIS WEEKS FOR APPOINTMENT AS LEAD PLAINTIFF <u>AND APPROVAL OF SELECTION OF LEAD COUNSEL</u>**

I, Robert C. Finkel, declare as follows:

1. I am an attorney duly licensed to practice before the courts of the State of New York and this Court. I am an attorney with the law firm of Wolf Popper LLP ("Wolf Popper"), counsel for proposed lead plaintiff Chris Weeks ("Weeks") and proposed lead counsel for the class in the above-captioned action. I make this Declaration in support of the Motion by Weeks for Appointment as Lead Plaintiff and Approval of Selection of Lead Counsel. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2. Attached hereto are true and correct copies of the following exhibits:

Exhibit A:    Notice of pendency of class action published in Globe Newswire on May 6, 2022;

Exhibit B:    Declaration of Chris Weeks In Support of Motion to be Appointed Lead Plaintiff, and attached thereto the following documents:

Exhibit 1: LinkedIn page of Chris Weeks;

Exhibit 2: Certification of Chris Weeks pursuant to the Federal Securities Laws; and

Exhibit 3: Judy L. Smith Declaration of Assignment;

Exhibit C:    Chart of Estimated Losses;

Exhibit D:    Resume of Wolf Popper.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 5th day of July, 2022, at New York, New York.

/s/*Robert C. Finkel*
Robert C. Finkel