# EXHIBIT C

**Judy Smith's Chart of Estimated Loss (Assigned to Chris Weeks)**

| Purchased | Quantity | Price ($) | |
|---|---|---|---|
| 12/03/2021 | 5,800 | $8.38 | $48,604 |
| 12/03/2021 | 300 | $8.33 | $2,499 |
| 12/03/2021 | 200 | $8.36 | $1,672 |
| 12/03/2021 | 100 | $8.33 | $833 |
| 12/03/2021 | 100 | $8.40 | $840 |
| 12/01/2021 | 2,290 | $8.80 | $20,152 |
| 12/01/2021 | 1,700 | $8.63 | $14,671 |
| 12/01/2021 | 300 | $8.76 | $2,628 |
| 12/01/2021 | 200 | $8.77 | $1,754 |
| 12/01/2021 | 10 | $8.75 | $88 |
| 11/29/2021 | 5,969 | $8.25 | $49,244 |
| 11/29/2021 | 31 | $8.34 | $259 |
| 11/26/2021 | 1,800 | $8.00 | $14,400 |
| 11/26/2021 | 700 | $7.99 | $5,593 |
| 11/24/2021 | 1,700 | $6.15 | $10,455 |
| 11/18/2021 | 1,800 | $5.62 | $10,116 |

| Sold | | | | Quantity | Price ($) | |
|---|---|---|---|---|---|---|
| 04/22/2022 | | | | 50 | 1.58 | $79 |
| 04/22/2022 | | | | 125 | 1.48 | $185 |
| 04/22/2022 | | | | 174 | 1.42 | $247 |
| 04/22/2022 | | | | 300 | 1.51 | $453 |
| 04/22/2022 | | | | 300 | 1.54 | $462 |
| 04/22/2022 | | | | 400 | 1.51 | $604 |
| 04/22/2022 | | | | 400 | 1.54 | $616 |
| 04/22/2022 | | | | 400 | 1.61 | $644 |
| 04/22/2022 | | | | 501 | 1.5 | $752 |
| 04/22/2022 | | | | 600 | 1.51 | $906 |
| 04/22/2022 | | | | 850 | 1.56 | $1,326 |
| 04/22/2022 | | | | 1,000 | 1.44 | $1,440 |
| 04/22/2022 | | | | 1,000 | 1.46 | $1,460 |
| 04/22/2022 | | | | 1,000 | 1.52 | $1,520 |
| 04/22/2022 | | | | 1,200 | 1.45 | $1,740 |
| 04/22/2022 | | | | 2,700 | 1.5 | $4,050 |
| 04/22/2022 | | | | 3,700 | 1.6 | $5,920 |
| 04/22/2022 | | | | 4,000 | 1.51 | $6,040 |
| 04/22/2022 | | | | 4,300 | 1.6 | $6,880 |
| | 23,000 | | $183,807 | 23,000 | | $35,324 |

($148,484)