# EXHIBIT 3

**Arqit Quantum Inc. f/k/a Centricus Acquisition Corp. Loss Chart**
**Class Period: September 7, 2021 through April 18, 2022**

| Name | Date Purchased | Shares | Price per Share | Total | Date Sold | Shares | Price per Share | Total | Shares Retained | Value Retained | Total Loss/Gain | Lookback Price |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | $6.96 |
| Podbielski, Justin | 9/16/2021 | 600 | ($17.74) | ($10,644.50) | | | | | | | | |
| | 9/16/2021 | 200 | ($17.42) | ($3,484.50) | | | | | | | | |
| | 9/16/2021 | 100 | ($17.38) | ($1,737.90) | | | | | | | | |
| | 9/24/2021 | 100 | ($27.09) | ($2,709.00) | | | | | | | | |
| | 10/1/2021 | 100 | ($18.29) | ($1,828.50) | | | | | | | | |
| | 12/7/2021 | 200 | ($23.59) | ($4,718.62) | | | | | | | | |
| | 2/28/2022 | 100 | ($15.80) | ($1,579.56) | | | | | | | | |
| | | 1,400 | | ($26,702.58) | | | | | 1,400 | $9,741.58 | ($16,961.00) | |