**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ROBERT GLICK, Individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> ARQIT QUANTUM INC. F/K/A CENTRICUS ACQUISITION CORP., DAVID WILLIAMS, NICK POINTON, CARLO CALABRIA, STEPHEN CHANDLER, MANFREDI LEFEBVRE D'OVIDIO, VERALINN JAMIESON, GARTH RITCHIE, AND STEPHEN WILSON, <br><br> Defendants. | Case No.: 1:22-cv-02604-PKC-MMH <br><br> Hon. Pamela K. Chen |

**DECLARATION OF ADAM M. APTON IN SUPPORT OF ERWIN JAY LACK AND PATRICK L. HAGEMEISTER'S MOTION FOR APPOINTMENT AS CO-LEAD PLAINTIFFS AND APPROVAL OF SELECTION OF COUNSEL**

I, Adam M. Apton, hereby declare as follows pursuant to 28 U.S.C. § 1746:

1.    I am a partner with the law firm Levi & Korsinsky, LLP ("Levi & Korsinsky"), counsel for lead plaintiff movants Erwin Jay Lack and Patrick L. Hagemeister ("Movants") and proposed Lead Counsel for the Class.

2.    I submit this Declaration, together with the attached exhibits, in support of Movants' motion for appointment as Co-Lead Plaintiffs and approval of their selection of Levi & Korsinsky as Lead Counsel for the Class.

3.    Attached hereto as the exhibits are true and correct copies of the following:

**Exhibit A**:    PSLRA Certifications signed by Movants attesting to their transactions of

Arqit Quantum Inc. ("Arqit" or the "Company") securities;

**Exhibit B**:   Loss Charts reflecting the losses incurred by Movants as a result of their transactions in Arqit securities;

**Exhibit C**:   Press Release published May 6, 2022, on *Business Wire,* announcing the pendency of the securities class action against defendants herein: *Glick v. Arqit Quantum Inc., et. al.,* Case No. 1:22-cv-02604-PKC-MMH;

**Exhibit D**:   Joint Declaration signed by Movants; and

**Exhibit E**:   Firm Résumé of Levi & Korsinsky, proposed Lead Counsel for the Class.

I declare under penalty of perjury that the foregoing facts are true and correct.


Dated: July 5, 2022                                    Respectfully Submitted,


                                                       **LEVI & KORSINSKY, LLP**

                                                       By: */s/ Adam M. Apton*
                                                       Adam M. Apton
                                                       55 Broadway, 10th Floor
                                                       New York, NY 10006
                                                       Tel: (212) 363-7500
                                                       Fax: (212) 363-7171
                                                       Email: aapton@zlk.com

                                                       *Lead Counsel for Erwin Jay Lack and*
                                                       *Patrick L. Hagemeister, and [Proposed]*
                                                       *Lead Counsel for the Class*