# EXHIBIT B

**Patrick L. Hagenmeister**
**Transactions in Arqit Quantum Inc. f/k/a Centricus Acquistion Corp. Securities**
**Class Period: 09/07/2021and 04/18/2022 inclusive**
Buy (B), Sell (S), Sell to Open (SO), Buy to Open (BO), Sell to Close (SC), Buy to Close (BC)

| | |
|---|---|
| **LIFO Losses/(Gain) Options** | **$810.00** |
| *Dura* **LIFO Losses/(Gain)\* Options** | **$0.00** |

Options

| Date of Transaction | Transaction Type | Quantity | Security | Price ($) | Cost/Proceeds ($) | Comments |
|---|---|---|---|---|---|---|
| 1/13/2022 | BO | 6 | ARQQ Feb 18 2022 17.50 CALL | 1.35 | $810.00 | |
| 2/22/2022 | Options Expiration | (6) | ARQQ Feb 18 2022 17.50 CALL | 0.00 | $0.00 | |

| Client Name | Patrick L. Hagemeister |
|---|---|
| Company Name | Arqit Quantum Inc. f/k/a Centricus Acquisition Corp. |
| Ticker Symbol | ARQQ |
| Security Type | |
| Class Period Start | 09-07-2021 |
| Class Period End | 04-18-2022 |
| 90-DAY Lookback Period Start | 04-19-2022 |
| 90-DAY Lookback Period End | 07-05-2022 |
| 90-DAY Lookback Average | $ 06.95 |

| SUMMARY OF FINANCIAL INTEREST | |
|---|---|
| LIFO Loss Total | $49,494.70 |
| DURA LIFO* Total | $45,714.20 |
| Gross Shares Purchased | 19,209 |
| Net Shares Retained | 5,349 |
| Net Funds Expended | $98,476.78 |

### Patrick L. Hagemeister

| | Purchases | | | | Sales | | | | | | Retained | | | | Losses | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Trade Date | Shares Purchased During the CP | Price Per Share | Total Cost | Trade Date | Shares Sold During the CP | Shares Sold During the LBP1 | Price Per Share2 | Proceeds from CP Sales | Proceeds from LBP Sales | Shares Retained at End of CP | Shares Retained at End of LBP | Per Share Value | Retained Value | LIFO | DURA LIFO* |
| 09-08-2021 | 351 | 15.48 | $ 5,433.48 | | | | | | - | 351 | 351 | $ 06.95 | $ 2,440.44 | $ 2,993.04 | $ 2,993.04 |
| 09-08-2021 | 200 | 15.41 | $ 3,082.00 | 10-26-2021 | 200 | | $ 24.28 | $ 4,855.00 | - | - | - | $ 06.95 | | -$ 1,773.00 | -$ 1,773.00 |
| 09-08-2021 | 100 | 15.41 | $ 1,541.00 | 10-26-2021 | 100 | | $ 24.22 | $ 2,422.00 | - | - | - | $ 06.95 | | -$ 881.00 | -$ 881.00 |
| 09-08-2021 | 100 | 15.41 | $ 1,541.00 | 10-26-2021 | 100 | | $ 24.21 | $ 2,421.00 | - | - | - | $ 06.95 | | -$ 880.00 | -$ 880.00 |
| 09-08-2021 | 100 | 15.41 | $ 1,541.00 | 11-01-2021 | 100 | | $ 24.09 | $ 2,408.50 | - | - | - | $ 06.95 | | -$ 867.50 | -$ 867.50 |
| 09-08-2021 | 500 | 15.41 | $ 7,705.00 | 11-17-2021 | 500 | | $ 26.85 | $ 13,425.00 | - | - | - | $ 06.95 | | -$ 5,720.00 | -$ 5,720.00 |
| 09-08-2021 | 498 | 15.41 | $ 7,674.18 | | | | | | - | 498 | 498 | $ 06.95 | $ 3,462.51 | $ 4,208.96 | $ 4,208.96 |
| 10-27-2021 | 200 | 20.25 | $ 4,050.00 | 11-01-2021 | 200 | | $ 24.09 | $ 4,817.00 | - | - | - | $ 06.95 | | -$ 767.00 | -$ 767.00 |
| 10-27-2021 | 200 | 19.9 | $ 3,980.00 | 11-01-2021 | 200 | | $ 24.09 | $ 4,817.00 | - | - | - | $ 06.95 | | -$ 837.00 | -$ 837.00 |
| 10-27-2021 | 200 | 19.55 | $ 3,910.00 | 11-01-2021 | 200 | | $ 24.09 | $ 4,817.00 | - | - | - | $ 06.95 | | -$ 907.00 | -$ 907.00 |
| 10-27-2021 | 100 | 19 | $ 1,900.00 | 11-01-2021 | 100 | | $ 24.09 | $ 2,408.50 | - | - | - | $ 06.95 | | -$ 508.50 | -$ 508.50 |
| 10-28-2021 | 100 | 18.9 | $ 1,890.00 | 11-01-2021 | 100 | | $ 24.09 | $ 2,408.50 | - | - | - | $ 06.95 | | -$ 518.50 | -$ 518.50 |
| 10-28-2021 | 100 | 18.35 | $ 1,835.00 | 11-01-2021 | 100 | | $ 24.09 | $ 2,408.50 | - | - | - | $ 06.95 | | -$ 573.50 | -$ 573.50 |
| 11-01-2021 | 10 | 23.33 | $ 233.30 | 11-01-2021 | 10 | | $ 24.09 | $ 240.85 | - | - | - | $ 06.95 | | -$ 07.55 | -$ 07.55 |
| 11-01-2021 | 960 | 23.4 | $ 22,464.00 | 11-01-2021 | 960 | | $ 24.09 | $ 23,121.60 | - | - | - | $ 06.95 | | -$ 657.60 | -$ 657.60 |
| 11-01-2021 | 10 | 23.32 | $ 233.20 | 11-01-2021 | 10 | | $ 24.09 | $ 240.85 | - | - | - | $ 06.95 | | -$ 07.65 | -$ 07.65 |
| 11-01-2021 | 10 | 23.28 | $ 232.80 | 11-01-2021 | 10 | | $ 24.09 | $ 240.85 | - | - | - | $ 06.95 | | -$ 08.05 | -$ 08.05 |
| 11-01-2021 | 10 | 23.3 | $ 233.00 | 11-01-2021 | 10 | | $ 24.09 | $ 240.85 | - | - | - | $ 06.95 | | -$ 07.85 | -$ 07.85 |
| 11-02-2021 | 200 | 20.3 | $ 4,060.00 | 11-12-2021 | 200 | | $ 22.95 | $ 4,590.00 | - | - | - | $ 06.95 | | -$ 530.00 | -$ 530.00 |
| 11-02-2021 | 200 | 22.65 | $ 4,530.00 | 11-12-2021 | 200 | | $ 22.85 | $ 4,570.00 | - | - | - | $ 06.95 | | -$ 40.00 | -$ 40.00 |
| 11-02-2021 | 200 | 22.3 | $ 4,460.00 | 11-12-2021 | 200 | | $ 22.70 | $ 4,540.00 | - | - | - | $ 06.95 | | -$ 80.00 | -$ 80.00 |
| 11-02-2021 | 200 | 21.6 | $ 4,320.00 | 11-12-2021 | 200 | | $ 22.75 | $ 4,550.00 | - | - | - | $ 06.95 | | -$ 230.00 | -$ 230.00 |
| 11-02-2021 | 200 | 21.05 | $ 4,210.00 | 11-12-2021 | 200 | | $ 22.52 | $ 4,503.04 | - | - | - | $ 06.95 | | -$ 293.04 | -$ 293.04 |
| 11-09-2021 | 200 | 20.05 | $ 4,010.00 | 11-12-2021 | 200 | | $ 22.20 | $ 4,440.00 | - | - | - | $ 06.95 | | -$ 430.00 | -$ 430.00 |
| 11-09-2021 | 300 | 20.05 | $ 6,015.00 | 11-12-2021 | 300 | | $ 22.52 | $ 6,754.56 | - | - | - | $ 06.95 | | -$ 739.56 | -$ 739.56 |
| 11-10-2021 | 500 | 20.54 | $ 10,270.00 | 11-12-2021 | 500 | | $ 22.05 | $ 11,025.00 | - | - | - | $ 06.95 | | -$ 755.00 | -$ 755.00 |
| 11-15-2021 | 500 | 21.4 | $ 10,700.00 | 11-16-2021 | 500 | | $ 22.85 | $ 11,425.00 | - | - | - | $ 06.95 | | -$ 725.00 | -$ 725.00 |
| 11-15-2021 | 500 | 21.3 | $ 10,650.00 | 11-16-2021 | 500 | | $ 22.85 | $ 11,425.00 | - | - | - | $ 06.95 | | -$ 775.00 | -$ 775.00 |
| 11-15-2021 | 210 | 21.21 | $ 4,454.10 | 11-16-2021 | 210 | | $ 22.85 | $ 4,798.50 | - | - | - | $ 06.95 | | -$ 344.40 | -$ 344.40 |
| 11-17-2021 | 500 | 24.7 | $ 12,350.00 | | | | | | - | 500 | 500 | $ 06.95 | $ 3,476.42 | $ 8,873.58 | $ 8,873.58 |
| 11-17-2021 | 500 | 24.85 | $ 12,425.00 | 11-22-2021 | 500 | | $ 25.78 | $ 12,890.00 | - | - | - | $ 06.95 | | -$ 465.00 | -$ 465.00 |
| 11-18-2021 | 500 | 25.05 | $ 12,525.00 | 11-22-2021 | 500 | | $ 25.78 | $ 12,890.00 | - | - | - | $ 06.95 | | -$ 365.00 | -$ 365.00 |
| 11-18-2021 | 500 | 24.8 | $ 12,400.00 | 11-22-2021 | 500 | | $ 25.78 | $ 12,890.00 | - | - | - | $ 06.95 | | -$ 490.00 | -$ 490.00 |
| 11-19-2021 | 500 | 24.35 | $ 12,175.00 | 11-22-2021 | 500 | | $ 25.78 | $ 12,890.00 | - | - | - | $ 06.95 | | -$ 715.00 | -$ 715.00 |
| 12-06-2021 | 500 | 28.8 | $ 14,400.00 | 04-20-2022 | | 500 | $ 09.90 | | $ 4,950.00 | 500 | - | $ 06.95 | | $ 9,450.00 | $ 9,450.00 |
| 12-06-2021 | 500 | 29.6 | $ 14,800.00 | 04-20-2022 | | 500 | $ 09.90 | | $ 4,950.00 | 500 | - | $ 06.95 | | $ 9,850.00 | $ 9,850.00 |
| 12-06-2021 | 500 | 32.1978 | $ 16,098.90 | 04-20-2022 | | 500 | $ 09.90 | | $ 4,950.00 | 500 | - | $ 06.95 | | $ 11,148.90 | $ 11,148.90 |
| 12-06-2021 | 500 | 32.75 | $ 16,375.00 | 04-20-2022 | | 500 | $ 09.90 | | $ 4,950.00 | 500 | - | $ 06.95 | | $ 11,425.00 | $ 11,425.00 |
| 12-09-2021 | 500 | 23.48 | $ 11,740.00 | 12-22-2021 | 500 | | $ 25.45 | $ 12,725.00 | - | - | - | $ 06.95 | | -$ 985.00 | -$ 985.00 |
| 12-13-2021 | 500 | 17.6297 | $ 8,814.85 | 12-21-2021 | 500 | | $ 21.70 | $ 10,850.00 | - | - | - | $ 06.95 | | -$ 2,035.15 | -$ 2,035.15 |
| 12-23-2021 | 500 | 24.65 | $ 12,325.00 | 04-20-2022 | | 500 | $ 09.90 | | $ 4,950.00 | 500 | - | $ 06.95 | | $ 7,375.00 | $ 7,375.00 |
| 12-28-2021 | 500 | 24.18 | $ 12,090.00 | 12-28-2021 | 500 | | $ 25.65 | $ 12,825.00 | - | - | - | $ 06.95 | | -$ 735.00 | -$ 735.00 |
| 12-29-2021 | 500 | 24.05 | $ 12,025.00 | 12-30-2021 | 500 | | $ 24.50 | $ 12,250.00 | - | - | - | $ 06.95 | | -$ 225.00 | -$ 225.00 |
| 12-29-2021 | 500 | 23.25 | $ 11,625.00 | 12-29-2021 | 500 | | $ 25.50 | $ 12,750.00 | - | - | - | $ 06.95 | | -$ 1,125.00 | -$ 1,125.00 |
| 01-03-2022 | 500 | 22.761 | $ 11,380.50 | 03-18-2022 | 500 | | $ 17.30 | $ 8,650.00 | - | - | - | $ 06.95 | | $ 2,730.50 | |
| 01-07-2022 | 500 | 18.3 | $ 9,150.00 | 01-18-2022 | 500 | | $ 16.20 | $ 8,100.00 | - | - | - | $ 06.95 | | $ 1,050.00 | |
| 02-04-2022 | 400 | 14.69 | $ 5,876.00 | 02-23-2022 | 400 | | $ 15.90 | $ 6,360.00 | - | - | - | $ 06.95 | | -$ 484.00 | -$ 484.00 |
| 02-25-2022 | 450 | 16.25 | $ 7,312.50 | 03-17-2022 | 450 | | $ 17.60 | $ 7,920.00 | - | - | - | $ 06.95 | | -$ 607.50 | -$ 607.50 |
| 03-02-2022 | 450 | 16.4 | $ 7,380.00 | 03-02-2022 | 450 | | $ 17.25 | $ 7,762.50 | - | - | - | $ 06.95 | | -$ 382.50 | -$ 382.50 |
| 03-02-2022 | 50 | 16.4 | $ 820.00 | 03-17-2022 | 50 | | $ 17.60 | $ 880.00 | - | - | - | $ 06.95 | | -$ 60.00 | -$ 60.00 |
| 03-04-2022 | 400 | 15.7 | $ 6,280.00 | 03-15-2022 | 400 | | $ 16.65 | $ 6,660.00 | - | - | - | $ 06.95 | | -$ 380.00 | -$ 380.00 |
| 03-17-2022 | 500 | 16.75 | $ 8,375.00 | 03-17-2022 | 500 | | $ 17.45 | $ 8,725.00 | - | - | - | $ 06.95 | | -$ 350.00 | -$ 350.00 |
| 03-18-2022 | 500 | 16.22 | $ 8,110.00 | 04-20-2022 | | 500 | $ 09.90 | | $ 4,950.00 | 500 | - | $ 06.95 | | $ 3,160.00 | $ 3,160.00 |
| 03-21-2022 | 500 | 16.75 | $ 8,375.00 | 04-20-2022 | | 500 | $ 09.90 | | $ 4,950.00 | 500 | - | $ 06.95 | | $ 3,425.00 | $ 3,425.00 |
| 03-28-2022 | 350 | 16.0496 | $ 5,617.36 | 04-20-2022 | | 350 | $ 09.90 | | $ 3,465.00 | 350 | - | $ 06.95 | | $ 2,152.36 | $ 2,152.36 |

| 03-28-2022 | 100 | 16.0496 | $ 1,604.96 | 04-20-2022 | 100 | $ 09.90 | | $ 990.00 | | 100 | - | $ 06.95 | | $ 614.96 | $ 614.96 |
| 03-28-2022 | 50 | 16.005 | $ 800.25 | 04-20-2022 | 50 | $ 09.90 | | $ 495.00 | | 50 | - | $ 06.95 | | $ 305.25 | $ 305.25 |
| **Total:** | **19,209** | | **$410,408.38** | | **13,860** | **4000** | | **$311,931.60** | **$39,600** | **5,349** | **1,349** | | **$9,379.37** | **$49,494.70** | **$45,714.20** |

| Client Name | Patrick L. Hagemeister |
|---|---|
| Company Name | Arqit Quantum Inc. f/k/a Centricus Acquisition Corp. |
| Ticker Symbol | ARQQ |
| Security Type | |
| Class Period Start | 09-07-2021 |
| Class Period End | 04-18-2022 |
| 90-DAY Lookback Period Start | 04-19-2022 |
| 90-DAY Lookback Period End | 07-05-2022 |
| 90-DAY Lookback Average | $ 06.95 |

| SUMMARY OF FINANCIAL INTEREST | |
|---|---|
| LIFO Loss Total | $ 271.74 |
| DURA LIFO* Total | $ 00.00 |
| Gross Shares Purchased | 200 |
| Net Shares Retained | 0 |
| Net Funds Expended | 271.74 |

**Patrick L. Hagemeister - Short Sales**

| | Purchases | | | | Sales | | | | | | Retained | | | | Losses | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Trade Date | Shares Short Sold During the CP | Price Per Share | Total Cost | Trade Date | Shares Bought To Cover During the CP | Shares Bought to Cover During the LBP1 | Price Per Share2 | Proceeds from CP Buy Covers | Proceeds from LBP Buy Covers | Shares Retained at End of CP | Shares Retained at End of LBP | Per Share Value | Retained Value | LIFO | DURA LIFO* |
| 03-14-2022 | 100 | 15.5777 | $ 1,557.77 | 03-24-2022 | 100 | | $ 16.96 | $ 1,696.00 | - | - | - | $ 06.95 | | $ 138.23 | - |
| 03-14-2022 | 84 | 15.5777 | $ 1,308.53 | 03-24-2022 | 84 | | $ 16.90 | $ 1,419.60 | - | - | - | $ 06.95 | | $ 111.07 | - |
| 03-14-2022 | 16 | 15.5777 | $ 249.24 | 03-24-2022 | 16 | | $ 16.98 | $ 271.68 | - | - | - | $ 06.95 | | $ 22.44 | - |
| **Total:** | **200** | | **$3,115.54** | | **200** | | | **$3,387.28** | | | | | | **$ 271.74** | |

| Client Name | Erwin Jay Lack |
|---|---|
| Company Name | Arqit Quantum Inc. f/k/a Centricus Acquisition Corp. |
| Ticker Symbol | ARQQ |
| Security Type | |
| Class Period Start | 09-07-2021 |
| Class Period End | 04-18-2022 |
| 90-DAY Lookback Period Start | 04-19-2022 |
| 90-DAY Lookback Period End | 07-05-2022 |
| 90-DAY Lookback Average | $ 06.95 |

| SUMMARY OF FINANCIAL INTEREST | |
|---|---|
| LIFO Loss Total | $ 86,743.02 |
| DURA LIFO* Total | $ 86,743.02 |
| Gross Shares Purchased | 6,000 |
| Net Shares Retained | 6,000 |
| Net Funds Expended | $128,460.00 |

**Erwin Jay Lack**

| | Purchases | | | | Sales | | | | | | Retained | | | | Losses | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Trade Date | Shares Purchased During the CP | Price Per Share | Total Cost | Trade Date | Shares Sold During the CP | Shares Sold During the LBP1 | Price Per Share2 | Proceeds from CP Sales | Proceeds from LBP Sales | Shares Retained at End of CP | Shares Retained at End of LBP | Per Share Value | Retained Value | LIFO | DURA LIFO* |
| 12-20-2021 | 3000 | 18.03 | $ 54,090.00 | | | | | | - | 3000 | 3000 | $ 06.95 | $ 20,858.49 | $ 33,231.51 | $ 33,231.51 |
| 12-27-2021 | 3000 | 24.79 | $ 74,370.00 | | | | | | - | 3000 | 3000 | $ 06.95 | $ 20,858.49 | $ 53,511.51 | $ 53,511.51 |
| **Total:** | **6,000** | | **$128,460.00** | | | | | | | **6,000** | **6,000** | | **$ 41,716.98** | **$ 86,743.02** | **$ 86,743.02** |

| SUMMARY OF FINANCIAL INTEREST - ALL ACCOUNTS (Common Stock/Options) | |
|---|---|
| LIFO Loss Total | $137,319.46 |
| DURALIFO* Total | $132,457.22 |
| Gross Shares Purchased | 25,415 |
| Gross Shares Short Sold | 200 |
| Gross Options Purchased | 6 |
| Net Shares Retained | 11,349 |
| Net Funds Expended | $228,018.52 |

*Legend: Class Period (CP); Lookback Period (LbP); Last-In-First-Out (LIFO)*

1 Sales during the LbP are matched to class period purchases utilizing LIFO.

2 Post-class period sales valued using the greater of: (1) the average closing price between the end of the class period and the sales date; or (2) the actual sales price.

* Disregarding losses not attributable to the alleged fraud from intra-class period sales made prior to any corrective disclosure matched to intra-class period purchases.