# EXHIBIT D

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ROBERT GLICK, Individually and on behalf of all others similarly situated,<br><br>       Plaintiff,<br><br>v.<br><br>ARQIT QUANTUM INC. F/K/A CENTRICUS ACQUISITION CORP., DAVID WILLIAMS, NICK POINTON, CARLO CALABRIA, STEPHEN CHANDLER, MANFREDI LEFEBVRE D'OVIDIO, VERALINN JAMIESON, GARTH RITCHIE, AND STEPHEN WILSON,<br><br>       Defendants. | Case No.: 1:22-cv-02604-PKC-MMH<br><br>Hon. Pamela K. Chen |

**JOINT DECLARATION IN SUPPORT OF THE MOTION OF ERWIN JAY LACK AND PATRICK L. HAGEMEISTER FOR APPOINTMENT AS CO-LEAD PLAINTIFFS AND APPROVAL OF SELECTION OF COUNSEL**

We, the undersigned, pursuant to 28 U.S.C. § 1746, declare as follows:

1. We, Erwin Jay Lack and Patrick L. Hagemeister ("Movants"), respectfully submit this Joint Declaration in support of our Motion for Appointment as Co-Lead Plaintiffs and Approval of Selection of Counsel (the "Joint Declaration"). We each have personal knowledge about the information contained in this Joint Declaration as to ourselves.

2. We are both informed of and understand the requirements of serving as lead plaintiff pursuant to the Private Securities Litigation Reform Act of 1995 (the "PSLRA"). We understand that each of us could have chosen to pursue individual actions, individual motions for appointment as lead plaintiff, or taken no action and remained absent class members. However, we have decided to move for co-lead plaintiffs in this case jointly because we believe combining

1

our collective resources and knowledge will best serve the Class.[1] This is in part due to the fact that we purchased Arqit securities at different times during the Class Period and believe that, together, we can provide better representation of the Class.

3.    I, Erwin Jay Lack, as reflected in my Certification, purchased Arqit securities during the Class Period and suffered a substantial loss as a result of the violations of the federal securities laws alleged in the Action. I am motivated to recover this loss for my own benefit and the benefit of all members of the Class. I currently reside in Victoria, Texas. I have a bachelor's degree in business. I am currently the president of a security company involved in alarms and guard services for 28 years and have had over 100 employees. I consider myself to be a sophisticated investor and have been investing for 40 years. I decided to seek appointment as lead plaintiff with Patrick L. Hagemeister after learning of his motivation to recover on behalf of investors and that we were each in discussions with our counsel to pursue claims on behalf of the Class.

4.    I, Patrick L. Hagemeister, as reflected in my Certification, purchased Arqit securities during the Class Period and suffered a substantial loss as a result of the violations of the federal securities laws alleged in the Action. I am motivated to recover this loss for my own benefit and the benefit of all members of the Class. I currently reside in Bend, Oregon. I have a Bachelor of Arts degree in business administration from California State College. I am currently retired, but prior to that, I was an air traffic controller with the Federal Aviation Administration for 32 years.

---

[1] The "Class" consists of all purchasers of (i) Arqit Quantum Inc. ("Arqit" or the "Company") f/k/a Centricus Acquisition Corp. ("Centricus") securities between September 7, 2021 and April 18, 2022, inclusive (the "Class Period"), and/or (ii) all holders of Centricus securities as of the record date for the special meeting of shareholders held on August 31, 2021 to consider approval of the merger between Arqit and Centricus (the "Merger") and entitled to vote on the Merger (the "Class").

Further, I have experience hiring and overseeing attorneys for estate planning matters. I consider myself to be a sophisticated investor and have been investing for approximately 30 years. I decided to seek appointment as lead plaintiff with Erwin Jay Lack after learning of his motivation to recover on behalf of investors and that we were each in discussions with our counsel to pursue claims on behalf of the Class.

5.      We, Erwin Jay Lack and Patrick L. Hagemeister, believe that the allegations against Arqit are meritorious and that the Class will benefit from having highly motivated investors with substantial financial interests at stake like ourselves to control the class action. If appointed co-lead plaintiffs, our primary goal will be to ensure that the Class achieves the largest possible recovery.

6.      We are like-minded investors who contacted and retained Levi & Korsinsky, LLP ("Levi & Korsinsky") to represent us in the Action as Lead Counsel. After discussing the allegations against Arqit, the procedural background of the Action, the process of appointing a lead plaintiff in cases such as this, and attorneys' fees, we learned of each other's existence and similar willingness to litigate the claims of the Class.

7.      On Thursday, June 30, 2022, we participated in a conference call at which time we discussed among other things: the allegations and the strength of the claims against defendants; a strategy for prosecuting the Action; the role of the lead plaintiff and the lead plaintiff selection and litigation process; the benefits that the class would receive from the leadership by investors like us; a shared desire to achieve the best possible result for the class; our interests in prosecuting the case in a collaborative manner; attorney's fees; and the actions that we will take to continue to ensure that the claims will be zealously and efficiently litigated.

8.      We believe that the Class will benefit from having two highly motivated investors

3

with substantial financial interests at stake as co-lead plaintiffs. We feel that our combined efforts and knowledge will better represent the Class as a whole, which is likely made up of the same composition. We both decided to work together in order to collaborate and exercise joint decision-making. Further, as mentioned above, we also purchased Arqit securities at different times. Erwin Jay Lack purchased Arqit securities in December 2021, while Patrick L. Hagemeister purchased Arqit securities in early September 2021 and toward the end of the Class Period in March 2022. Due to the fact that we purchased Arqit securities at different stages in the Class Period, we are able to represent a cross-section of shareholders injured in this Action. We agree to work collaboratively to represent all Arqit shareholders who suffered damages during the Class Period and to ensure that the Class achieves the largest recovery possible.

9.      We each understand that, if appointed, we would act in the best interests of the Class during the course of the litigation to provide effective representation and to ensure that Lead Counsel effectively litigates the Action. If appointed as co-lead plaintiffs, we agree to actively manage the prosecution of the Action including reviewing documents, having joint calls, discussing through email any developments, participating in discovery, and exercising joint decision-making to execute a strategy to maximize the recovery of the entire Class. We are confident in our ability to reach joint decisions regarding litigation matters and will use consensus decision making to maximize the recovery for the Class. However, if ever there is a disagreement between us that cannot be resolved, Mr. Lack will have the deciding vote given his relative larger financial interest in the Action.

10.      We select Levi & Korsinsky to serve as Lead Counsel on behalf of the Class and believe Levi & Korsinsky has the experience and ability to effectively and expeditiously bring the Action to a close and achieve a strong recovery on behalf of the Class. We are familiar with the

experience, resources, and successes of our proposed Lead Counsel, Levi & Korsinsky. We are well aware that Levi & Korsinsky is an accomplished law firm with a history of achieving significant settlements and corporate governance reforms with defendants. Indeed, we believe that the firm's prior experience of effectively litigating complex class action lawsuits will provide comfort that the proposed Class will receive the best possible representation. We also believe that Levi & Korsinsky will vigorously prosecute the Action in a cost-effective manner and in the best interests of all members of the putative Class.

11.    It is our goal to resolve the Action in an expeditious manner that is fair to all members of the Class. Through supervision of our chosen counsel, Levi & Korsinsky, we will ensure that the Action is prosecuted for the benefit of the Class in an efficient and effective manner. In that regard, we will direct Levi & Korsinsky to prosecute the Action in such a way to achieve a fair result for all members of the Class. We have implemented communication procedures to ensure that we can quickly communicate and make decisions on short notice. We understand that we may call for a meeting or conference call at any time, including on an emergency basis if necessary. We understand that meetings, conference calls, and communications may be conducted without counsel. We agree to contact one another when necessary to facilitate the best interests of the Class and to prosecute the Action. We do not foresee any problems communicating with one another or staying abreast of the progress of the litigation.

[Signatures on following pages]

5

I, Erwin Jay Lack, declare, pursuant to 28 U.S.C. § 1746, under the penalty of perjury that the foregoing is true and correct.

Executed this 5th day of July, 2022.

_____
Erwin Jay Lack

I, Patrick L. Hagemeister, declare, pursuant to 28 U.S.C. § 1746, under the penalty of perjury that the foregoing is true and correct.

Executed this 30th day of June, 2022.

_____
Patrick L. HageL{meister

7