**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

ROBERT GLICK, Individually and on behalf of all others similarly situated,

Plaintiff,

v.

ARQIT QUANTUM INC. F/K/A CENTRICUS ACQUISITION CORP., DAVID WILLIAMS, NICK POINTON, CARLO CALABRIA, STEPHEN CHANDLER, MANFREDI LEFEBVRE D'OVIDIO, VERALINN JAMIESON, GARTH RITCHIE, AND STEPHEN WILSON,

Defendants.

Case No.: 1:22-cv-02604-PKC-MMH

Hon. Marcia M. Henry

**SUPPLEMENTAL DECLARATION OF ADAM M. APTON IN SUPPORT OF ERWIN JAY LACK AND PATRICK L. HAGEMEISTER'S MOTION FOR APPOINTMENT AS CO-LEAD PLAINTIFFS AND APPROVAL OF SELECTION OF COUNSEL**

I, Adam M. Apton, hereby declare as follows pursuant to 28 U.S.C. § 1746:

1.      I am a partner with the law firm Levi & Korsinsky, LLP ("Levi & Korsinsky"), counsel for co-lead plaintiff movants Erwin Jay Lack and Patrick L. Hagemeister and proposed Lead Counsel for the Class. I have personal knowledge about the facts stated herein and could competently testify to them if called to do so.

2.      I submit this Declaration, together with the attached exhibits, in support of Mr. Lack and Mr. Hagemeister's motion for appointment as Co-Lead Plaintiffs and approval of their selection of Levi & Korsinsky as Lead Counsel for the Class.

3.      Attached hereto as Exhibit A is a true and correct excerpt of Arqit Quantum Inc.'s Annual Report on Form 20-F dated Sept. 10, 2021.

4.      Attached hereto as Exhibit B is a chart displaying Arqit Quantum Inc.'s historical stock prices during the Class Period. These historical stock prices were obtained from Yahoo! Finance. The table can be replicated at https://finance.yahoo.com/lookup by entering the ticker "ARQQ," selecting "Historical Data," and entering the Class Period dates for the "Time Period."

I declare under penalty of perjury that the foregoing facts are true and correct. Executed this 26th day of July, 2022.

 */s/ Adam M. Apton*
Adam M. Apton