# EXHIBIT A

## Form 20-F Arqit Quantum Inc.

20-F - Arqit Quantum Inc. (0001859690) (Filer)

SEC.report (https://sec.report/)   /   Arqit Quantum Inc. (/CIK/0001859690)   /   Form 20-F (/Document/0001104659-21-114717/)   /   Filer

Published: 2021-09-10 16:53:16-04:00 (2021-09-10T16:53:16-04:00)
Submitted: 2021-09-10
Filing Agent: CIK: 0001104659 (/CIK/0001104659)

About Form 20-F (/Form/20-F)

tm2127142d1_20f.htm ⬀ (https://sec.report/Document/0001104659-21-114717/tm2127142d1_20f.htm) FORM 20-F

Zoom In    Zoom Out

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
### WASHINGTON, D.C. 20549

# FORM 20-F

**(Mark One)**

¨ **REGISTRATION STATEMENT PURSUANT TO SECTION 12(B) OR 12(G) OF THE SECURITIES EXCHANGE ACT OF 1934**

**OR**

¨ **ANNUAL REPORT PURSUANT TO SECTION 13 OR 15(D) OF THE SECURITIES EXCHANGE ACT OF 1934**

**For the fiscal year ended**

**OR**

¨ **TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(D) OF THE SECURITIES EXCHANGE ACT OF 1934**

**OR**

x **SHELL COMPANY REPORT PURSUANT TO SECTION 13 OR 15(D) OF THE SECURITIES EXCHANGE ACT OF 1934**

**Date of event requiring this shell company report: September 1, 2021**

**Commission File Number: 001-40777**

# Arqit Quantum Inc.
**(Exact name of Registrant as specified in its charter)**

| Not applicable | Cayman Islands |
|---|---|
| **(Translation of Registrant's name into English)** | **(Jurisdiction of incorporation or organization)** |

**1st Floor, 3 More London Riverside**
**London SE1 2RE, United Kingdom**
**(Address of Principal Executive Offices)**

**David Williams**
**Chief Executive Officer**
**1st Floor, 3 More London Riverside**
**London SE1 2RE, United Kingdom**

**Telephone:** 944 203 91 70155
**(Name, Telephone, Email and/or Facsimile number and Address of Company Contact Person)**

**Securities registered or to be registered pursuant to Section 12(b) of the Act:**

| Title of each class | Trading Symbol(s) | Name of each exchange on which registered |
|---|---|---|
| Ordinary shares | ARQQ (/Ticker/ARQQ) | The NASDAQ Stock Market LLC |
| Warrants | ARQQW | The NASDAQ Stock Market LLC |

**Securities registered or to be registered pursuant to Section 12(g) of the Act: None**

**Securities for which there is a reporting obligation pursuant to Section 15(d) of the Act: None**

Indicate the number of outstanding shares of each of the issuer's classes of capital or common stock as of the close of the period covered by the shell company report: On September 3, 2021, the issuer had 110,073,430 outstanding ordinary shares.

Indicate by check mark if the registrant is a well-known seasoned issuer, as defined in Rule 405 of the Securities Act. Yes ¨ No x

If this report is an annual or transition report, indicate by check mark if the registrant is not required to file reports pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934. Yes ¨ No x

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days. Yes ¨ No x

Indicate by check mark whether the registrant has submitted electronically every Interactive Data File required to be submitted pursuant to Rule 405 of Regulation S-T (§232.405 of this chapter) during the preceding 12 months (or for such shorter period that the registrant was required to submit such files). Yes x No ¨

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, or an emerging growth company. See definition of "large accelerated filer," "accelerated filer," and "emerging growth company" in Rule 12b-2 of the Exchange Act.

| | | | |
|---|---|---|---|
| Large accelerated filer | ¨ | Accelerated filer | ¨ |
| Non-accelerated filer | x | Emerging growth company | x |

If an emerging growth company that prepares its financial statements in accordance with U.S. GAAP, indicate by check mark if the registrant has elected to use the extended transition period for complying with any new or revised financial accounting standards† provided pursuant to Section 13(a) of the Exchange Act. ¨

†   The term "new or revised financial accounting standard" refers to any update issued by the Financial Accounting Standards Board to its Accounting Standards Codification after April 5, 2012.

Indicate by check mark whether the registrant has filed a report on and attestation to its management's assessment of the effectiveness of its internal control over financial reporting over Section 404(b) of the Sarbanes-Oxley Act (15 U.S.C. 7262(b)) by the registered public accounting firm that prepared or issued its audit report. ¨

Indicate by check mark which basis of accounting the registrant has used to prepare the financial statements included in this filing:

US GAAP ¨        International Financial Reporting Standards as issued        Other ¨
                 by the International Accounting Standards Board x

If "Other" has been checked in response to the previous question indicate by check mark which financial statement item the registrant has elected to follow. Item 17 ¨ Item 18 ¨

If this is an annual report, indicate by check mark whether the registrant is a shell company (as defined in Rule 12b-2 of the Exchange Act). Yes ¨ No ¨

**TABLE OF CONTENTS**

| | Page |
|---|---|
| Cautionary Note Regarding Forward-Looking Statements | 1 |
| Explanatory Note | 2 |
| PART I | 3 |
| Item 1. Identity of Directors, Senior Management and Advisers | 3 |
| Item 2. Offer Statistics and Expected Timetable | 3 |
| Item 3. Key Information | 3 |

A discussion of significant changes since September 30, 2020 is provided under Item 4 of this Report and is incorporated herein by reference.

**ITEM 9.        THE OFFER AND LISTING**

**A.              Offer and Listing Details**

*Nasdaq Listing of Ordinary Shares and Warrants*

The Company's ordinary shares and warrants are listed on the Nasdaq Capital Market under the symbols ARQQ and ARQQW, respectively. Holders of the Company's ordinary shares should obtain current market quotations for their securities. Offer and listing details of the Company's securities are described in the Proxy Statement/Prospectus under the heading "*Description of Pubco's Securities*", which is incorporated herein by reference.

*Lock-up Agreements*

Information regarding the lock-up restrictions applicable to the ordinary shares is included in the Proxy Statement/Prospectus under the section titled "*Proposal No. 1—The Business Combination Proposal—Ancillary Documents*" and is incorporated herein by reference.

*Warrants*

Upon completion of the Business Combination, there were 14,891,640 warrants outstanding. The warrants, which entitle the holder to purchase one ordinary share at an exercise price of $11.50 per share, will become exercisable on February 8, 2022 (one year after the closing of Centricus' initial public offering). The warrants will expire five years after the completion of the Business Combination or earlier upon redemption or liquidation in accordance with their terms.

**B.              Plan of Distribution**

Not applicable.

**C.              Markets**

The Company's ordinary shares and warrants are listed on the Nasdaq Capital Market under the symbols ARQQ and ARQQW, respectively.

**D.              Selling Shareholders**

Not applicable.

**E.              Dilution**

Not applicable.

**F.              Expenses of the Issue**

Not applicable.

7

**ITEM 10.        ADDITIONAL INFORMATION**

**A.              Share Capital**

As of September 3, 2021, subsequent to the closing of the Business Combination, there were 110,073,430 ordinary shares outstanding. There were also 14,891,640 warrants outstanding, each exercisable at $11.50 per share. Information regarding our share capital is included in the Proxy Statement/Prospectus under the section titled "*Description of Pubco's Securities*" and is incorporated herein by reference.

**B.              Memorandum and Articles of Incorporation**

Information regarding certain material provisions of the articles of association of the Company is included in the Proxy Statement/Prospectus under the section titled "*Description of Pubco's Securities*" and is incorporated herein by reference.

**C.              Material Contracts**

Information regarding certain material contracts is included in the Proxy Statement/Prospectus under the sections titled "*Proposal No. 1—The Business Combination Agreement Proposal*" and "*Information Related to Arqit—Key Partnerships—Satellite Development Partnerships*" and are incorporated herein by reference.