# EXHIBIT B

Finance Home    Watchlists    My Portfolio    Cryptocurrencies    Yahoo Finance Plus ⓨ⁺    Screeners    Markets    ...   yahoo! finance    Upgrade now

## Arqit Quantum Inc. (ARQQ)

NasdaqCM - NasdaqCM Real Time Price. Currency in USD

☆ Add to watchlist      👥 Visitors trend  2W ↓  10W ↑  9M ↑      Quote Lookup

### 5.76 -0.54 (-8.57%)

As of 12:34PM EDT. Market open.

**Summary**   Company Outlook ⓨ⁺   Chart   Conversations   Statistics   **Historical Data**   Profile   Financials   Analysis   Options   Holders   Sustainability

Time Period: Sep 05, 2021 - Apr 18, 2022 ⌄        Show: Historical Prices ⌄        Frequency: Daily ⌄

Apply

Currency in USD                                                                                  ↓ Download

| Date | Open | High | Low | Close* | Adj Close** | Volume |
|---|---|---|---|---|---|---|
| Apr 18, 2022 | 12.52 | 13.96 | 11.90 | 12.49 | 12.49 | 1,118,300 |
| Apr 14, 2022 | 14.75 | 15.24 | 13.62 | 15.06 | 15.06 | 488,000 |
| Apr 13, 2022 | 13.25 | 15.39 | 13.25 | 14.86 | 14.86 | 597,500 |
| Apr 12, 2022 | 13.19 | 13.99 | 12.82 | 13.25 | 13.25 | 161,100 |
| Apr 11, 2022 | 13.63 | 13.86 | 13.00 | 13.08 | 13.08 | 181,400 |
| Apr 08, 2022 | 14.88 | 14.88 | 13.76 | 13.89 | 13.89 | 89,400 |
| Apr 07, 2022 | 14.70 | 14.88 | 14.42 | 14.65 | 14.65 | 64,600 |
| Apr 06, 2022 | 14.80 | 15.41 | 14.23 | 14.80 | 14.80 | 132,800 |
| Apr 05, 2022 | 15.44 | 15.57 | 14.69 | 14.83 | 14.83 | 115,800 |
| Apr 04, 2022 | 15.55 | 15.90 | 15.07 | 15.43 | 15.43 | 131,100 |
| Apr 01, 2022 | 15.45 | 16.24 | 15.39 | 15.70 | 15.70 | 110,500 |
| Mar 31, 2022 | 15.81 | 16.19 | 15.51 | 15.58 | 15.58 | 57,700 |
| Mar 30, 2022 | 15.90 | 16.30 | 15.50 | 15.67 | 15.67 | 226,900 |
| Mar 29, 2022 | 16.25 | 16.58 | 15.35 | 15.99 | 15.99 | 197,300 |
| Mar 28, 2022 | 16.62 | 17.00 | 15.64 | 16.12 | 16.12 | 192,300 |
| Mar 25, 2022 | 17.16 | 17.21 | 16.04 | 17.02 | 17.02 | 147,500 |
| Mar 24, 2022 | 17.22 | 17.42 | 16.76 | 17.11 | 17.11 | 188,800 |
| Mar 23, 2022 | 15.80 | 17.50 | 15.80 | 16.75 | 16.75 | 324,300 |
| Mar 22, 2022 | 16.23 | 16.88 | 15.91 | 16.00 | 16.00 | 200,200 |
| Mar 21, 2022 | 17.11 | 17.51 | 16.18 | 16.29 | 16.29 | 307,100 |

### People Also Watch

| Symbol | Last Price | Change | % Change |
|---|---|---|---|
| **IONQ** IonQ, Inc. | 4.9600 | +0.0800 | +1.6393% |
| **IRNT** IronNet, Inc. | 2.2450 | +0.0150 | +0.6726% |
| **OPAD** Offerpad Solutions Inc. | 2.2850 | +0.0350 | +1.5556% |
| **HLBZ** Helbiz, Inc. | 0.5900 | -0.0204 | -3.3421% |
| **EFTR** eFFECTOR Therapeutics, Inc. | 0.8978 | -0.0066 | -0.7298% |

### Similar to ARQQ

| Symbol | Last Price | Change | % Change |
|---|---|---|---|
| **ARQQW** Arqit Quantum Inc. | 0.8003 | -0.0997 | -11.08% |
| **IRNT** IronNet, Inc. | 2.2450 | +0.0150 | +0.6726% |

yahoo! finance⁺   Upgrade now

| Date | Open | High | Low | Close | Adj Close | Volume |
|---|---|---|---|---|---|---|
| Mar 18, 2022 | 16.18 | 17.67 | 15.92 | 17.54 | 17.54 | 4,391,800 |
| Mar 17, 2022 | 16.69 | 17.88 | 16.36 | 16.44 | 16.44 | 883,200 |
| Mar 16, 2022 | 16.80 | 17.38 | 16.11 | 16.54 | 16.54 | 757,300 |
| Mar 15, 2022 | 15.39 | 17.31 | 15.25 | 16.72 | 16.72 | 795,100 |
| Mar 14, 2022 | 13.16 | 16.13 | 13.16 | 15.63 | 15.63 | 1,126,900 |
| Mar 11, 2022 | 14.34 | 14.40 | 12.66 | 12.72 | 12.72 | 243,700 |
| Mar 10, 2022 | 14.18 | 14.80 | 13.68 | 14.01 | 14.01 | 131,200 |
| Mar 09, 2022 | 15.04 | 15.05 | 14.23 | 14.55 | 14.55 | 209,700 |
| Mar 08, 2022 | 13.96 | 15.67 | 13.61 | 14.62 | 14.62 | 522,000 |
| Mar 07, 2022 | 14.92 | 15.45 | 13.42 | 14.09 | 14.09 | 358,100 |
| Mar 04, 2022 | 16.37 | 16.37 | 14.85 | 15.03 | 15.03 | 369,100 |
| Mar 03, 2022 | 16.94 | 17.24 | 15.61 | 16.45 | 16.45 | 440,800 |
| Mar 02, 2022 | 16.21 | 17.50 | 16.20 | 16.38 | 16.38 | 224,000 |
| Mar 01, 2022 | 15.85 | 16.49 | 15.85 | 16.48 | 16.48 | 181,700 |
| Feb 28, 2022 | 15.56 | 16.51 | 15.50 | 15.95 | 15.95 | 246,800 |
| Feb 25, 2022 | 17.00 | 17.24 | 15.46 | 15.62 | 15.62 | 420,000 |
| Feb 24, 2022 | 15.40 | 17.44 | 15.40 | 16.89 | 16.89 | 1,079,000 |
| Feb 23, 2022 | 15.57 | 16.39 | 15.57 | 15.70 | 15.70 | 255,800 |
| Feb 22, 2022 | 14.70 | 15.88 | 14.70 | 15.37 | 15.37 | 260,200 |
| Feb 18, 2022 | 15.23 | 15.63 | 14.71 | 14.89 | 14.89 | 297,100 |
| Feb 17, 2022 | 14.96 | 15.91 | 14.50 | 15.65 | 15.65 | 394,300 |
| Feb 16, 2022 | 14.88 | 15.38 | 14.42 | 15.32 | 15.32 | 145,700 |
| Feb 15, 2022 | 14.83 | 15.50 | 14.67 | 15.05 | 15.05 | 276,600 |
| Feb 14, 2022 | 13.92 | 15.18 | 13.92 | 14.70 | 14.70 | 285,700 |
| Feb 11, 2022 | 14.77 | 15.10 | 13.92 | 14.08 | 14.08 | 489,100 |
| Feb 10, 2022 | 14.52 | 15.85 | 14.51 | 14.63 | 14.63 | 518,400 |
| Feb 09, 2022 | 14.92 | 15.34 | 14.75 | 14.85 | 14.85 | 364,100 |
| Feb 08, 2022 | 14.00 | 14.99 | 14.00 | 14.76 | 14.76 | 332,700 |
| Feb 07, 2022 | 14.90 | 15.36 | 14.25 | 14.31 | 14.31 | 474,900 |
| Feb 04, 2022 | 15.32 | 15.44 | 14.50 | 14.99 | 14.99 | 498,600 |
| Feb 03, 2022 | 14.93 | 15.38 | 14.13 | 14.44 | 14.44 | 798,800 |
| Feb 02, 2022 | 16.55 | 16.90 | 15.26 | 15.44 | 15.44 | 527,300 |
| Feb 01, 2022 | 16.07 | 16.94 | 15.70 | 16.36 | 16.36 | 317,500 |
| Jan 31, 2022 | 15.41 | 15.93 | 15.19 | 15.48 | 15.48 | 272,400 |
| Jan 28, 2022 | 15.55 | 15.84 | 14.85 | 15.14 | 15.14 | 307,700 |
| Jan 27, 2022 | 16.50 | 16.84 | 15.60 | 15.71 | 15.71 | 151,700 |

**FSRD** 0.5717 -0.0308 -5.1120%
Fast Radius, Inc.

**IOT** 14.02 -0.20 -1.41%
Samsara Inc.

**EVCM** 11.00 +0.10 +0.92%
EverCommerce Inc.

Data Disclaimer  Help  Suggestions
Privacy Dashboard

Privacy (Updated)  About Our Ads  Terms (Updated)  Sitemap

© 2022 Yahoo. All rights reserved.

| Finance Home | Watchlists | My Portfolio | Cryptocurrencies | Yahoo Finance Plus ⓥ | Screeners | Markets | ... yahoo finance Upgrade now |

| Date | | | | | | |
|---|---|---|---|---|---|---|
| Jan 26, 2022 | 16.92 | 17.36 | 16.00 | 16.54 | 16.54 | 348,900 |
| Jan 25, 2022 | 16.00 | 17.25 | 15.78 | 16.36 | 16.36 | 411,400 |
| Jan 24, 2022 | 16.69 | 16.76 | 15.05 | 16.49 | 16.49 | 503,900 |
| Jan 21, 2022 | 17.32 | 18.28 | 16.75 | 17.75 | 17.75 | 443,200 |
| Jan 20, 2022 | 17.84 | 17.84 | 16.67 | 17.32 | 17.32 | 382,200 |
| Jan 19, 2022 | 16.20 | 17.13 | 16.20 | 17.04 | 17.04 | 229,800 |
| Jan 18, 2022 | 17.14 | 17.20 | 15.87 | 16.19 | 16.19 | 443,200 |
| Jan 14, 2022 | 17.46 | 17.52 | 16.80 | 17.20 | 17.20 | 452,000 |
| Jan 13, 2022 | 17.70 | 18.19 | 16.26 | 16.60 | 16.60 | 429,900 |
| Jan 12, 2022 | 18.53 | 19.08 | 17.36 | 17.83 | 17.83 | 221,800 |
| Jan 11, 2022 | 17.25 | 18.71 | 17.11 | 18.33 | 18.33 | 284,000 |
| Jan 10, 2022 | 18.06 | 18.33 | 15.85 | 17.25 | 17.25 | 535,600 |
| Jan 07, 2022 | 18.40 | 19.46 | 18.11 | 18.65 | 18.65 | 207,300 |
| Jan 06, 2022 | 18.26 | 19.85 | 18.05 | 18.80 | 18.80 | 345,000 |
| Jan 05, 2022 | 19.78 | 20.00 | 17.79 | 18.37 | 18.37 | 409,400 |
| Jan 04, 2022 | 20.14 | 20.81 | 19.05 | 19.78 | 19.78 | 494,000 |
| Jan 03, 2022 | 23.85 | 24.78 | 20.20 | 20.51 | 20.51 | 684,700 |
| Dec 31, 2021 | 23.51 | 24.49 | 23.28 | 23.95 | 23.95 | 244,400 |
| Dec 30, 2021 | 22.93 | 24.90 | 22.92 | 23.86 | 23.86 | 431,400 |
| Dec 29, 2021 | 23.84 | 25.55 | 22.84 | 23.30 | 23.30 | 636,400 |
| Dec 28, 2021 | 24.62 | 26.00 | 24.06 | 24.25 | 24.25 | 414,700 |
| Dec 27, 2021 | 24.68 | 25.98 | 23.15 | 25.02 | 25.02 | 613,000 |
| Dec 23, 2021 | 26.55 | 26.64 | 23.56 | 24.99 | 24.99 | 768,400 |
| Dec 22, 2021 | 22.40 | 26.90 | 22.40 | 25.13 | 25.13 | 1,074,700 |
| Dec 21, 2021 | 19.52 | 22.50 | 19.51 | 22.09 | 22.09 | 845,300 |
| Dec 20, 2021 | 18.55 | 19.59 | 17.82 | 19.21 | 19.21 | 450,500 |
| Dec 17, 2021 | 16.04 | 20.50 | 15.05 | 19.92 | 19.92 | 1,359,700 |
| Dec 16, 2021 | 17.00 | 17.25 | 15.51 | 16.33 | 16.33 | 480,800 |
| Dec 15, 2021 | 17.07 | 17.55 | 15.05 | 16.15 | 16.15 | 931,500 |
| Dec 14, 2021 | 17.76 | 17.98 | 16.68 | 17.21 | 17.21 | 406,800 |
| Dec 13, 2021 | 20.35 | 20.43 | 16.75 | 17.71 | 17.71 | 842,100 |
| Dec 10, 2021 | 21.45 | 21.50 | 20.07 | 20.72 | 20.72 | 375,100 |
| Dec 09, 2021 | 24.04 | 24.58 | 20.48 | 21.33 | 21.33 | 812,200 |
| Dec 08, 2021 | 23.94 | 26.71 | 23.17 | 24.51 | 24.51 | 708,900 |
| Dec 07, 2021 | 27.60 | 29.80 | 22.63 | 23.88 | 23.88 | 1,251,200 |
| Dec 06, 2021 | 35.72 | 36.00 | 26.70 | 27.07 | 27.07 | 1,050,400 |

Finance Home   Watchlists   My Portfolio   Cryptocurrencies   Yahoo Finance Plus ⓥ   Screeners   Markets   yahoo finance+   Upgrade now

| Date | | | | | | Volume |
|---|---|---|---|---|---|---|
| Dec 03, 2021 | 38.00 | 41.46 | 35.30 | 37.41 | 37.41 | 576,500 |
| Dec 02, 2021 | 33.35 | 39.28 | 32.51 | 37.88 | 37.88 | 601,300 |
| Dec 01, 2021 | 38.12 | 41.00 | 32.11 | 35.18 | 35.18 | 1,479,200 |
| Nov 30, 2021 | 35.06 | 38.20 | 34.71 | 38.06 | 38.06 | 867,800 |
| Nov 29, 2021 | 35.50 | 38.85 | 34.34 | 35.80 | 35.80 | 967,700 |
| Nov 26, 2021 | 29.18 | 37.38 | 29.12 | 34.85 | 34.85 | 1,076,700 |
| Nov 24, 2021 | 26.51 | 30.73 | 26.51 | 30.70 | 30.70 | 681,200 |
| Nov 23, 2021 | 26.23 | 28.69 | 26.00 | 26.79 | 26.79 | 445,300 |
| Nov 22, 2021 | 24.99 | 27.28 | 23.83 | 26.97 | 26.97 | 718,000 |
| Nov 19, 2021 | 25.79 | 26.00 | 23.51 | 24.50 | 24.50 | 572,300 |
| Nov 18, 2021 | 26.30 | 27.54 | 24.40 | 25.79 | 25.79 | 839,900 |
| Nov 17, 2021 | 24.67 | 27.93 | 23.28 | 25.36 | 25.36 | 1,958,400 |
| Nov 16, 2021 | 21.93 | 24.70 | 21.28 | 23.93 | 23.93 | 1,211,700 |
| Nov 15, 2021 | 23.13 | 23.35 | 21.20 | 22.27 | 22.27 | 360,300 |
| Nov 12, 2021 | 20.17 | 25.10 | 20.02 | 22.58 | 22.58 | 1,530,400 |
| Nov 11, 2021 | 20.20 | 20.59 | 19.44 | 19.70 | 19.70 | 81,600 |
| Nov 10, 2021 | 19.36 | 20.72 | 19.19 | 20.11 | 20.11 | 345,000 |
| Nov 09, 2021 | 20.83 | 21.00 | 19.51 | 19.90 | 19.90 | 284,300 |
| Nov 08, 2021 | 22.31 | 22.99 | 19.72 | 20.48 | 20.48 | 542,000 |
| Nov 05, 2021 | 23.35 | 23.70 | 21.53 | 21.77 | 21.77 | 374,100 |
| Nov 04, 2021 | 23.11 | 24.65 | 21.77 | 22.85 | 22.85 | 387,900 |
| Nov 03, 2021 | 21.10 | 23.15 | 20.90 | 22.50 | 22.50 | 528,500 |
| Nov 02, 2021 | 22.47 | 24.00 | 20.07 | 20.40 | 20.40 | 669,400 |
| Nov 01, 2021 | 23.01 | 26.46 | 21.52 | 22.96 | 22.96 | 1,106,500 |
| Oct 29, 2021 | 18.30 | 22.78 | 17.85 | 21.87 | 21.87 | 1,474,800 |
| Oct 28, 2021 | 19.56 | 20.16 | 17.70 | 17.94 | 17.94 | 619,200 |
| Oct 27, 2021 | 22.18 | 22.79 | 18.75 | 19.11 | 19.11 | 655,700 |
| Oct 26, 2021 | 18.95 | 25.75 | 18.68 | 22.00 | 22.00 | 2,037,800 |
| Oct 25, 2021 | 16.77 | 21.00 | 16.74 | 20.13 | 20.13 | 979,700 |
| Oct 22, 2021 | 16.40 | 16.96 | 15.72 | 16.58 | 16.58 | 313,700 |
| Oct 21, 2021 | 18.52 | 18.93 | 16.16 | 16.70 | 16.70 | 956,500 |
| Oct 20, 2021 | 15.48 | 19.97 | 15.25 | 17.48 | 17.48 | 1,915,700 |
| Oct 19, 2021 | 14.63 | 17.30 | 14.48 | 15.56 | 15.56 | 1,603,000 |
| Oct 18, 2021 | 14.63 | 15.05 | 14.02 | 14.37 | 14.37 | 618,000 |
| Oct 15, 2021 | 14.13 | 15.43 | 13.18 | 14.65 | 14.65 | 1,041,300 |
| Oct 14, 2021 | 14.62 | 14.78 | 13.60 | 13.95 | 13.95 | 764,600 |

Finance Home    Watchlists    My Portfolio    Cryptocurrencies    Yahoo Finance Plus Y+    Screeners    Markets

| Date | | | | | | |
|---|---|---|---|---|---|---|
| Oct 13, 2021 | 14.10 | 14.58 | 13.00 | 13.95 | 13.95 | 1,069,200 |
| Oct 12, 2021 | 15.80 | 16.30 | 14.61 | 14.62 | 14.62 | 785,800 |
| Oct 11, 2021 | 17.19 | 17.47 | 15.50 | 15.61 | 15.61 | 476,300 |
| Oct 08, 2021 | 18.61 | 19.07 | 16.55 | 17.68 | 17.68 | 1,232,300 |
| Oct 07, 2021 | 19.57 | 21.90 | 18.78 | 18.86 | 18.86 | 881,300 |
| Oct 06, 2021 | 21.28 | 21.95 | 18.50 | 18.50 | 18.50 | 535,300 |
| Oct 05, 2021 | 20.86 | 23.00 | 20.58 | 21.36 | 21.36 | 811,100 |
| Oct 04, 2021 | 18.63 | 22.49 | 18.50 | 20.76 | 20.76 | 1,093,500 |
| Oct 01, 2021 | 20.15 | 20.73 | 17.55 | 18.30 | 18.30 | 694,300 |
| Sep 30, 2021 | 21.10 | 22.20 | 18.75 | 20.07 | 20.07 | 481,300 |
| Sep 29, 2021 | 19.59 | 23.60 | 19.45 | 21.14 | 21.14 | 1,710,300 |
| Sep 28, 2021 | 20.59 | 21.47 | 19.01 | 19.07 | 19.07 | 964,200 |
| Sep 27, 2021 | 25.54 | 25.62 | 19.38 | 20.65 | 20.65 | 1,307,800 |
| Sep 24, 2021 | 26.59 | 30.94 | 21.68 | 24.24 | 24.24 | 1,738,300 |
| Sep 23, 2021 | 36.71 | 41.52 | 26.10 | 28.00 | 28.00 | 2,719,300 |
| Sep 22, 2021 | 30.07 | 38.88 | 28.55 | 35.60 | 35.60 | 4,660,400 |
| Sep 21, 2021 | 24.60 | 33.00 | 23.68 | 31.57 | 31.57 | 5,279,600 |
| Sep 20, 2021 | 17.20 | 26.48 | 17.10 | 24.94 | 24.94 | 3,538,300 |
| Sep 17, 2021 | 17.15 | 20.99 | 17.05 | 18.26 | 18.26 | 1,902,100 |
| Sep 16, 2021 | 14.18 | 22.83 | 13.91 | 17.95 | 17.95 | 3,767,300 |
| Sep 15, 2021 | 13.60 | 14.58 | 13.00 | 14.19 | 14.19 | 854,400 |
| Sep 14, 2021 | 14.99 | 15.46 | 12.55 | 12.59 | 12.59 | 842,800 |
| Sep 13, 2021 | 14.79 | 16.22 | 14.67 | 14.98 | 14.98 | 619,200 |
| Sep 10, 2021 | 14.57 | 15.50 | 14.24 | 15.21 | 15.21 | 1,009,100 |
| Sep 09, 2021 | 12.75 | 15.26 | 12.24 | 14.20 | 14.20 | 1,743,200 |
| Sep 08, 2021 | 14.01 | 19.00 | 13.01 | 14.01 | 14.01 | 14,936,900 |
| Sep 07, 2021 | 9.25 | 26.00 | 8.88 | 11.30 | 11.30 | 3,532,800 |

*Close price adjusted for splits.    **Adjusted close price adjusted for splits and dividend and/or capital gain distributions.