**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE ARQIT QUANTUM INC. SECURITIES LITIGATION | No. 22-cv-02604-PKC-MMH |

**STIPULATION AND [PROPOSED] ORDER**

WHEREAS on March 31, 2023, Magistrate Judge Henry issued an Order pursuant to the Private Securities Litigation Reform Act of 1995, 15 U.S.C. §78u-4 *et seq.* ("PSLRA"), appointing Chris Weeks as lead plaintiff on behalf of the putative class of "(i) all persons or entities who purchased or otherwise acquired [Arqit Quantum Inc. ('Arqit' or the 'Company') f/k/a Centricus Acquisition Corp. ('Centricus')] securities between September 7, 2021 and April 18, 2022, inclusive (the 'Class Period'); and/or (ii) all holders of Centricus securities as of the record date for the special meeting of shareholders held on August 31, 2021 to consider approval of the merger between Arqit and Centricus (the 'Merger') and entitled to vote on the Merger (the 'Class')," ECF No. 1, ¶1, and approving Weeks' selection of counsel, Wolf Popper LLP, as lead counsel for the Class. ECF No. 24;

WHEREAS on April 12, 2023, lead plaintiff movants Erwin Jay Lack and Patrick L. Hagemeister (the "LH Group") filed objections to Judge Henry's Order pursuant to Rule 72(a) and 28 U.S.C. §636(b)(1). ECF No. 25 ("Objections");

WHEREAS, on April 26, 2023, Lead Plaintiff filed his opposition to the Objections. ECF No. 26;

WHEREAS, on May 16, 2023, this Court ordered a stipulation and proposed order between Lead Plaintiff and Defendants Arqit Quantum Inc. f/k/a Centricus Acquisition Corp., David Williams, Nick Pointon, Garth Ritchie, and Stephen Wilson, which, among other things, (a) consolidated *Glick v. Arqit Quantum Inc.*, No. 22-cv-02604-PKC-MMH (E.D.N.Y.) and *Weeks*

1

*v. Arqit Quantum Inc.*, No. 23-cv-02806-PKC-RER (E.D.N.Y.), under the above consolidated caption; (b) provided that Defendant Arqit waived service of the summonses and complaints in both actions effective as of April 26, 2023 and Defendants David Williams, Nick Pointon, Garth Ritchie, and Stephen Wilson waived service of the summonses and complaints in both actions effective as of May 16, 2023; (c) stayed the time for all Defendants to respond to the complaints in the consolidated actions until after resolution of the Objections and the filing of an amended or consolidated complaint or designation of the operative complaint(s) by the lead plaintiff(s).  ECF No. 30;

WHEREAS, the May 16, 2023 Order further provided that counsel for Lead Plaintiff and all Defendants who have been served or otherwise appeared in the action would meet and confer within fourteen (14) days of the Court resolving the Objections concerning "a schedule for filling a consolidated or amended complaint, if any, and a reasonable extension of time for Defendants to respond to the Complains in *Glick* and *Weeks* or any consolidated or amended complaint by answer, or pre-motion submission as required by Rule 3(A) of the Court's Individual Practices and Rules, or otherwise."  ECF No. 30;

WHEREAS, on May 26, 2023, the LH Group withdrew their objections to Judge Henry's Order, and agreed to work with Lead Plaintiff as additional named plaintiff(s) to prosecute this consolidated securities class.  ECF No. 33;

WHEREAS, on June 5, 2023, Judge Henry issued an order directing that, among other things, in light of the LH Group's withdrawal of their Objections, "Chris Weeks remains appointed as Lead Plaintiff and Wolf Popper LLP remains appointed as Lead Plaintiff's Counsel," and, in accordance with the May 16 Order, "by 06/19/2023, the parties shall meet and confer and submit to the Court a schedule for filing a consolidated or amended complaint;"

2

WHEREAS, Defendants Carlo Calabria, Stephen Chandler, Manfredi Lefebvre D'Ovidio, and VeraLinn Jamieson have not been served in either of the consolidated actions;

WHEREAS, Defendants Calabria, Chandler, D'Ovidio, and Jamieson are prepared to waive service of process, provided that their time to respond to the complaints or any consolidated or amended complaint that has yet to be filed is not less than ninety (90) days after Lead Plaintiff files a consolidated or amended complaint or otherwise designates the operative complaint; and

WHEREAS, Lead Plaintiff and all Defendants agree that, in the interests of judicial economy and efficiency, conservation of time and resources, and orderly management of this action, there should be a single deadline for all Defendants to respond to the complaint so that briefing on any motions to dismiss will proceed in parallel.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties, and it is HEREBY ORDERED by the Court, as follows:

1.    Defendants Carlo Calabria, Stephen Chandler, Manfredi Lefebvre D'Ovidio, and VeraLinn Jamieson hereby waive service of the summonses and complaints in the consolidated actions effective as of the date of the Court's entry of this stipulation.

2.    Lead Plaintiff will file a consolidated or amended complaint or designate an operative complaint within sixty (60) days of the Court's entry of this Stipulation.

3.    Defendants will file their response to the complaint within ninety (90) days after Lead Plaintiff files a consolidated or amended complaint or otherwise designates the operative complaint; provided, however, that if Defendants' response is a motion to dismiss, the following schedule shall apply:

    a.    Within fifty (50) days after Lead Plaintiff files a consolidated or amended complaint or otherwise designates the operative complaint, Defendants shall

file a letter requesting a pre-motion conference in accordance with Rule 3(A) of Judge Chen's Individual Practices and Rules;

b.  In accordance with Rule 3(A), Lead Plaintiff shall file a letter response within seven (7) days after the filing of Defendants' letter;

c.  Defendants' motion to dismiss will be due not less than forty (40) days after the Court holds a pre-motion conference or otherwise grants leave for Defendants to move to dismiss;

d.  Lead Plaintiff's response will be due within (60) days after the filing of the motion to dismiss; and

e.  Defendants' reply will be due forty-five (45) days after the filing of Lead Plaintiff's response.

4.  Except as to the defenses of insufficient process and insufficient service of process as described above, by entering into this Stipulation, Defendants do not waive, and hereby expressly preserve, all privileges, immunities, and defenses in this litigation, including but not limited to defenses relating to venue or jurisdiction.

Dated: New York, NY
      June 14, 2023

| WOLF POPPER LLP | WHITE & CASE LLP |
|---|---|
| By: */s/ Joshua W. Ruthizer* | By: */s/ Susan L. Grace (signed with express permission by JWR* |
| Robert C. Finkel | Joshua D. Weedman |
| Joshua W. Ruthizer | Susan L. Grace |
| Sasha Marseille | 1221 Avenue of the Americas |
| 845 Third Avenue, 12th Floor | New York, NY 10020 |
| New York, NY 10022 | Telephone: (212) 819-8963 |
| Telephone: (212) 759-4600 | Facsimile: (212) 354-8113 |
| rfinkel@wolfpopper.com | jweedman@whitecase.com |
| jruthizer@wolfpopper.com | |

smarseille@wolfpopper.com

*Attorneys for Lead Plaintiff Chris Weeks*

susan.grace@whitecase.com

*Attorneys for Defendants Arqit Quantum Inc. f/k/a Centricus Acquisition Corp., David Williams, Nick Pointon, Garth Ritchie, Stephen Wilson, and VeraLinn Jamieson*

PAUL HASTINGS LLP

By: /s/ *John P. Nowak (signed with express permission by JWR)*
John P. Nowak
Kevin Broughel
200 Park Avenue
New York, NY 10166
Telephone: (212) 318-6493
Facsimile: (212) 230-7853
johnnowak@paulhastings.com
kevinbroughel@paulhastings.com

*Counsel for Defendants Carlo Calabria, Stephen Chandler, and Manfredi Lefebvre D'Ovidio*

SO ORDERED

Brooklyn,  NY

Date: June 21, 2023

Marcia M. Henry

The Honorable Marcia M. Henry
United States Magistrate Judge