**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE ARQIT QUANTUM INC. SECURITIES LITIGATION | No. 22-cv-02604-PKC-MMH |

**STIPULATION AND ORDER**

WHEREAS, on June 21, 2023, Magistrate Judge Henry issued an Order (the "Order," ECF No. 38) granting the parties' stipulated schedule for Lead Plaintiff Chris Weeks to file a consolidated or amended complaint and Defendants to respond to that complaint;

WHEREAS, the parties have met and conferred and agreed to (a) extend by eighteen (18) days, from Monday August 21, 2023 to Friday September 8, 2023, the deadlines for Lead Plaintiff to file a consolidated or amended complaint or designate an operative complaint, and (b) to extend the deadlines for Defendants to respond to the complaint, which are reliant on the date Lead Plaintiff will file a consolidated or amended complaint, by that same 18 day period.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties, and it is HEREBY ORDERED by the Court, as follows:

1.      Lead Plaintiff will file a consolidated or amended complaint or designate an operative complaint on or before Friday September 8, 2023;

2.      Defendants will file their response to the complaint within ninety (90) days after Lead Plaintiff files a consolidated or amended complaint or otherwise designates the operative complaint; provided, however, that if Defendants' response is a motion to dismiss, the following schedule shall apply:

a.      Within fifty (50) days after Lead Plaintiff files a consolidated or amended complaint or otherwise designates the operative complaint, Defendants shall file a letter

1

requesting a pre-motion conference in accordance with Rule 3(A) of Judge Chen's Individual Practices and Rules;

b.  In accordance with Rule 3(A), Lead Plaintiff shall file a letter response within seven (7) days after the filing of Defendants' letter;

c.  Defendants' motion to dismiss will be due not less than forty (40) days after the Court holds a pre-motion conference or otherwise grants leave for Defendants to move to dismiss;

d.  Lead Plaintiff's response will be due within (60) days after the filing of the motion to dismiss; and

e.  Defendants' reply will be due forty-five (45) days after the filing of Lead Plaintiff's response.

Dated: New York, NY
August 15, 2023

WOLF POPPER LLP

By: */s/ Joshua W. Ruthizer*
Robert C. Finkel
Joshua W. Ruthizer
Sasha Marseille
845 Third Avenue, 12th Floor
New York, NY 10022
Telephone: (212) 759-4600
rfinkel@wolfpopper.com
jruthizer@wolfpopper.com
smarseille@wolfpopper.com

*Attorneys for Lead Plaintiff Chris Weeks*

WHITE & CASE LLP

By: */s/ Joshua D. Weedman (signed with*
*express permission by JWR)*
Joshua D. Weedman
Susan L. Grace
1221 Avenue of the Americas
New York, NY 10020
Telephone: (212) 819-8963
Facsimile: (212) 354-8113
jweedman@whitecase.com
susan.grace@whitecase.com

*Attorneys for Defendants Arqit Quantum Inc.*
*f/k/a Centricus Acquisition Corp., David*
*Williams, Nick Pointon, Garth Ritchie,*
*Stephen Wilson, and VeraLinn Jamieson*

2

SCHULTE ROTH + ZABEL

By: */s/ John P. Nowak (signed with express permission by JWR)*

John P. Nowak
919 Third Avenue
New York, NY 10022
Telephone: (212) 756-2396
Facsimile: (212) 593-5955
john.nowak@srz.com

*Counsel for Defendants Carlo Calabria, Stephen Chandler, and Manfredi Lefebvre D'Ovidio*

SO ORDERED

Brooklyn, NY

Date: August 21, 2023

*Marcia M. Henry*

The Honorable Marcia M. Henry
United States Magistrate Judge

3