UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

IN RE ARQIT QUANTUM INC. SECURITIES LITIGATION,

JUDGMENT
22-cv-02604-PKC-SDE

-------------------------------------------------------------X

A Final Approval Order of the Honorable Pamela K. Chen, United States District Court, having been filed on June 2, 2026, granting Plaintiffs' Motion for Final Approval of Class Action Settlement and Attorneys' Fees; certifying the Settlement Class, as defined in the attached Final Approval Order, is for purposes of settlement only; approving the Class Settlement, as set forth in the Settlement Agreement; dismissing the claims as set forth in the attached Final Approval Order and Settlement Agreement with prejudice; approving attorneys' fees of $2,333,333; reimbursement of costs and expenses of $151,828.81; a Service Award of $7,500 for Lead Plaintiff Weeks; and a Service Award of $5,000 for Named Plaintiff Littlejohn; it is

ORDERED and ADJUDGED that Plaintiffs' Motion for Final Approval of Class Action Settlement and Attorneys' Fees is granted; the Settlement Class, as defined in the attached Final Approval Order, is certified for purposes of settlement only; the Class Settlement, as set forth in the Settlement Agreement is approved, and the claims as set forth in the attached Final Approval Order and Settlement Agreement are dismissed with prejudice; and the Court approves attorneys' fees of $2,333,333; reimbursement of costs and expenses of $151,828.81; a Service Award of $7,500 for Lead Plaintiff Weeks; and a Service Award of $5,000 for Named Plaintiff Littlejohn.

Dated: Brooklyn, New York
June 3, 2026

Brenna B. Mahoney
Clerk of Court

By: *<u>/s/Jalitza Poveda</u>*
Deputy Clerk